# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MIDDLETOWN BOROUGH,** : | CIVIL ACTION NO. 1:18-CV-861 |
| : | |
| Plaintiff : | (Chief Judge Conner) |
| : | |
| v. : | |
| : | |
| **MIDDLETOWN WATER JOINT** : | |
| **VENTURE LLC,** : | |
| : | |
| Defendant : | |

## ORDER

AND NOW, this 3rd day of July, 2018, upon consideration of the parties' joint stipulation (Doc. 33) setting forth the scope of the evidentiary record to be considered by the court in resolving the motion (Doc. 6) for preliminary injunction by plaintiff Middletown Borough ("the Borough"), and the court observing that the parties raise objections to the inclusion of three items in the evidentiary record, (Doc. 33 ¶¶ 3g-h, 4), it is hereby ORDERED that:

1. The parties' joint stipulation (Doc. 33) is APPROVED. The documents outlined therein are admitted to the evidentiary record.

2. The parties' objections to specific documents identified in the joint stipulation (Doc. 33) are OVERRULED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania