# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIDDLETOWN BOROUGH,** | : | CIVIL ACTION NO. 1:18-CV-861 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **MIDDLETOWN WATER JOINT VENTURE LLC,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 19th day of July, 2018, upon consideration of the motion (Doc. 6) for preliminary injunction by plaintiff Middletown Borough ("the Borough"), the parties' briefs and proposed findings of fact and conclusions of law in support of and opposition to said motion, respectively, and the evidence presented during the preliminary injunction hearing convened on May 22, 2018, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the Borough's motion (Doc. 6) for preliminary injunction is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania