# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIDDLETOWN BOROUGH,** | : | CIVIL ACTION NO. 1:18-CV-861 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **MIDDLETOWN WATER JOINT VENTURE LLC,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 27th day of August, 2018, upon consideration of the Court's schedule, it is hereby ORDERED that the case management conference scheduled for August 30, 2018, is rescheduled to **Friday, August 31, 2018, at 10:45 a.m.**

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania