# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIDDLETOWN BOROUGH,** | : | CIVIL ACTION NO. 1:18-CV-861 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **MIDDLETOWN WATER JOINT VENTURE LLC,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 27th day of March, 2019, upon consideration of defendant's motion (Doc. 56) to dismiss plaintiff's amended complaint, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 56) to dismiss is GRANTED.

2. Plaintiff's amended complaint (Doc. 45) is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania